JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Core, | Case No.: 2:20-cv-03069-RGK-MAA |
| Plaintiff, | *Hon. R. Gary Klausner* |
| v. | [~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE** |
| DDD-Hollywood/Gower Co. LLC, a California Limited Liability Company; and Does 1-10, | Action Filed:  April 2, 2020 |
| Defendants. | Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's ("Plaintiff") action against DDD-Hollywood/Gower Co. LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: August 10, 2020

*Gary Klausner*

United States District Judge